El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.

---

## El Pueblo v. Tossi.

Apelación procedente de la Corte de Distrito de Ponce.

No. 40.—Resuelto en Noviembre 16, 1903.

Apelación.—Errores Manifiestos.—No habiendo error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Tizol.*

Abogado del apelado: *Sr. del Toro, Fiscal.*

El Juez Asociado Sr. Sulzbacher, emitió la siguiente opinión del Tribunal:

El apelante Andrés Tossi fué debidamente juzgado por la Corte de Distrito de Ponce por el delito de soborno y condenado á la pena de un año de Presidio con trabajos forzados. El abogado del acusado presentó moción por escrito á la Corte de Distrito en solicitud de que se le admitiera apelación para ante la Corte Suprema, la cual fué concedida. A excepción de esta moción, los autos no muestran que el apelante haya presentado escrito alguno en apoyo de la misma. Los autos muestran que la Corte ha cumplido la Ley en todo sentido y que no ha cometido error alguno; por lo tanto debe confirmarse la sentencia de la Corte de Distrito.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados, Hernández y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.